South District of New York State

Murray V. Sargent fox et al

Case # 1:25-CV-04880-UA

(Motion # 1)

A settlement conference is premature, as the Defendants have not been served yet. Plaintiff may not have received ECF Nos. 11 and 13 because of his recent release, so the Clerk of Court is respectfully directed to: 1) update Plaintiff's address as set forth below; 2) send Plaintiff copies of ECF Nos. 11 and 13; and 3) terminate ECF No. 14.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

7/16/25

Motion To Change Address / Also Motion for A Settle ment Conference Hearing. (Via) Phone Please Honor This Request And Set me up with Date And Time To call And Phone # Ext# To Call I will Then Be obligated To call for the Settlement Hearing I Am Daniel S. Murray the Above Plaintiff In This Case. I Am listing the Address where I get my mail only. I Just got Released from Warren County Jail. I Am Asking The court To please Set me up with a Settlement conference Hearing (Via) phone Please mail me A Response To the Address listed Below Thank you, With A Date And Time To Call for A Settlement Conference Hearing. I will need A phone # To call And Also I will need An Ext # To call As well Thank you Respectfully yours; Daniel S. Murray

07-07-25

This is my mothers house where I can get my mail At only. If you Address The Envelope Just how you See it written Then I will Recieve This mail

Daniel S. Murray
C/O Ann Ford
16 Loon Lake Colony Lane
CHestertown, NY 12817