Murray V. Sargent Fox et al

1:25-CV-04880-UA          (Motion #2)

Motion to the Court to get a Response from the Court.

I Am Daniel S. Murray the above Plantiff. I hand wrote a Show cause and wrong doings motion. on this case that was 12 pages and sent it out to the Courts. I have not herd nothing at all on this case. This was about 3 weeks ago. I also put Remedies in the case. I Am the victim here in this case. Who's money got taken out my Account in Green Haven prison And I got stabbed 4 or 5 different times I got left in the same cell I asked for Help Several times. There is Reports on camera with Audio and I Signed Documents Requesting Help for my self over 20 times. Every time I Asked for Help Sargent fox would in fact Show up. And Deny all Request I wrote mark miller the warden he Also came to talk to me several times. I told Inmate Accounts several times that the Checks that they were sending out was not my doings And it also was not my hand writting or was it my Signature. And further more it was not Higher ups on Several of the Disburstments that were over 100 needed to Be Signed By a Sargent or a Higher up And it did not take place. In fact there was 8 or 10 Commissary Buys →

page 1 of 4

I wake up 2 or 3 times a night Having nightmares from this I got severely injured and hurt. And there is camera proof and paper trail a mile long I never filled out for all for 300 plus Dollars I was on a loss of commissary was not my doings And I kept getting assulted this all could have been prevented But they would not even move me off of the Block After I got Stabbed all of the Stabbings Were on Camera And they did nothing At All to help. I got Jumped I Asked to Press Charges And I Asked to get out of The Jail They Kept me There hoping that Someone Would kill me, my left lung still hurts me from getting stabbed in the chest.

Then I kept filing And refiling papers with Your court And to no Avail No Body got Back to me on this. At all. I Am Beginning to think and feel That The Defendants got pull in your Court Room when I 1st filed Back in August of 2024 (08-15-24) is when I filed the Case The 1st time. I immediatly Recieved Back A notice That March of 2024 Date The Same Date You just Sent to me The 1st time I had Everything notarized for your court room except the Account Information. I Sent The paper work out and The paper work never came Back To Send To your court I Did this like 10 or 12 Times So I Could Prove That I Am Indigent And to lets proceed With The Case. Then I had To Refile The Case entirly And I got The proper paper work to your court this time To Proceed With The Court.

(Page 2 of 4)

And I keep Asking the Court to please proceed. There is more then Enough merit And Evidence I have in fact Exhausted the Grievence As A matter of fact Due to the nature Grievence officer told me to go Ahead And file He rejected my grievence told me he Could not file the grievence Due to he Had to let Inmates Know All grievences And Could not keep them Discrete In nature. And there is Different Defendants In This case As Well. In the Last case I filed I have had (4) officer Sargents names on the 1983 lawsuit for the Defendants Now I Have decided to go After the Defendants That Are Soley responsible And for the defendants who in fact harmed me and Injured me over a few Thousand Dollars that was in my Account. (mind you out of the $7,686.32) I only Spent (1) $67.00 commissary Buy And that was it. They wanted me to Confess to me 8 Also Spending 2 Seperate (1)00.00 Transactions Sending Money home That I never did And My Signatures Are not on any of the Disbustments. I Told Inmate Accounts for 14 weeks straight Stop Sending my money to the lady in NEW York CIty And gave The name That was on my Disbustments Told Them to Stop Transactions. There was (1) 800.00 Disbustment filled out to Someone This is The Disbustment That not Even A Sargent Signed And it went out of my Account. And from me having the investigation Started on this is when All of the Stabbings

(page 3 of 4) Read Back page

took place I got Injured real Bad I Almost got killed And This All could have Been Stopped As a matter of fact The (I.P.C) Rule if you get Stabbed or Cut you Automatically Supposed to get put into (I.P.C) Not me I can tell you That much I had Asked And Asked to get it done They would not help me At All They kept putting me in harms way They left me in The same Cell on the Same Block After they had Stabbed me. And Sargent fox Soley Responsible for All This So wasn't mark miller the warden of GreenHaven I kept Asking For Help And to no Avail Nothing got Done They only Injured me more And Tryed To kill me. I wrote your court Back on this To get Everything filed correctly So we can proceed with This Case. Now I am nearly Asking for this case to Have Been resolved. I Asked for A magistrate Judge on This Case. And I let you Know for Some reason or Another you have The wrong Date of filing The 03-18-2024 Date is more then wrong. I Refiled Back 6 Times on This case 6 Times on this case Before I heard Anything. I Think Someone played with The mail in the prison And I filed on the street when I got released And I filed in florida state And I filed 6 Times Here Then you finally responded. Now I Am Telling You Again my Address Has Changed And I want To Have A magistrate Judge to do A Settlement Conference on this case please Honor the Request. Respectfully yours, Daniel S. Murray

(Page 4 oF 4)    07-07-25

Daniel S[...]
c/o Ann ford
16 Loon Lake Colony Lane
Chestertown, NY 12817

ALBANY NY 120
14 JUL 2025 AM 3 L



RECEIVED
JUL 16 2025
U.S.D.C.
W.P.

INDIGENT MAIL

United States federal District Court
Southern District of NY
Attn: Clerk of Court
300 Quarropas Street
White Plains, NY 10601

10601-414000



This case was filed on 6/9/25.  On 7/7/25 it was assigned to me, and on the following day I ordered the Marshals to serve the Defendants.  At this point we have to wait for the Marshals to serve the Defendants before the case can proceed.  Once Defendants are served and their counsel enters an appearance, we will go forward with the case.  The Clerk shall terminate ECF No. 16.

SO ORDERED.

7/17/25

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.