Southern District Federal Court

Murray V. Sargent fox et al.

7:25 - CV - 04880 - UA


RECEIVED SEP 18 2025 U.S.D.C.

The docket number is 7:25-CV-4880 (CS). We are waiting for the Marshals to serve the Defendants and then we will move forward. The Clerk of Court is respectfully directed to send Plaintiff a copy of the docket sheet along with this endorsement, and to terminate ECF No. 19.

SO ORDERED.

*Cathy Seibel*   9/19/25
CATHY SEIBEL, U.S.D.J.

Motion to the Court, Motion To change my Address And motion To get A Response from The Court. I Dont know if The Case # I listed Above Right or Wrong on this case.

I Am The Above Plaintiff in this case. This is The 3rd letter I have written to your Court And I have not Recieved A Response from you At All. I have given you The Address to my location This is Now The 3rd letter I have written to you Since 07-29-25. I Am Asking the Court To Respectfully to Respond. I Am going to list The Address Again At The Bottom of this letter please Respond So I know That you have Recieved my New Address So I know for A fact I Am Still in Compliance with The Court And if you have Any New Motions To Send To me Please Send New motion To me The last Motion I have Recieved from the Clerk of Court was from The 2nd week Of July It was Sent To my last Address It Stated that The Case was premature for

page ① of ② Read Back →

Settlement Conference Hearing, and this was the last Motion Notice I have Recieved, from The Court The Clerk of Court It Stated That The Case was Premature for A Settlement Conference Hearing This is The Last letter I have recieved from the Court or the Clerk of Court on This Case, Please update me with Anything that is new in this Case Please And Thank You Address Listed Below. Respectfully Yours;

Daniel S. Murray

09-11-25

Daniel S. Murray 000586
Washington County Jail
399 Broadway
Fort Edward, NY 12828

RECEIVED SEP 18 2025 PRO SE OFFICE

Murray D    B-pod

Daniel S. Murray 000586
Inmate
Washington County Jail
399 Broadway
Fort Edward, NY 12828

RECEIVED
SEP 18 2025
PRO SE OFFICE

RECEIVED
SEP 18 2025
SDNY WP

Attn: Clerk of Court
(Legal Mail)
United States Federal District Court
Southern District of New York State
300 Quarropas Street
White Plains, New York 10601-4150

RECEIVED
SEP 18 2025
U.S.D.C.
W.P.

FREEDOM FOREVER USA

10501334150 0003