UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DANIEL MURRAY,

                           Plaintiff,

      - against -

SERGEANT FOX and MARK MILLER,
WARDEN,

                        Defendants.
--------------------------------------------------------------x

**ORDER OF SERVICE**

No. 25-CV-4880 (CS)

CATHY SEIBEL, United States District Judge:

Plaintiff, who is currently detained in the Washington County Jail in Fort Edward, New York, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights.  By order dated June 16, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.  The Court issued an order of service on July 8, 2025, dismissing the claims against Green Haven Correctional Facility and the Office of Special Investigations, and ordering service on Defendants Sergeant Fox and Mark Miller.  (ECF No. 11.)  Due to a clerical error, the U.S. Marshals Service never received the service package and therefore could not serve the defendants.  Accordingly, the Court re-orders service on Sergeant Fox and Mark Miller.

To allow Plaintiff to effect service on Defendants Fox and Miller through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant.  The Clerk of Court is further instructed to issue new summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon each defendant.

If the complaint is not served within 90 days after the date the new summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action is Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to issue a summons for Defendants Fox and Miller, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated: December 12, 2025
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.  Warden Mark Miller
    Green Haven Correctional Facility
    594 Route 216
    Stormville, New York 12582

2.  Sergeant Fox
    Green Haven Correctional Facility
    594 Route 216
    Stormville, New York 12582