Southern District Court of New York State

(Murray V. Sargent Fox et al.)
7:25-CV-04880-CS

RECEIVED
APR 24 2026
PRO SE OFFICE

Motion To the Court To Change Address. And Also
Requesting To The Court On a Conference Between All parties

I Am Daniel S. Murray I Am the Above plaintiff In this Case. I Have Consented for A magistrate Judge To Handle Any And all proceedings That The Court may Hold Even Trial. I Am Requesting That A [Via Phone Conference Hearing] To Be Set up please And Thank You. AS I know that parties Have Now Been Served By [U.S Marshals] Any Event please I Am Asking for This Conference To Take place. I Have now Sent The Court

② Changes of Address: I Haven't Heard nothing Back At All. from The Courts. I Remain Compliant with The Court. I Also Have Consented for A magistrate Judge for Any And All proceedings Even Trial. I Am letting the Court know And the Defendants know That I Am Requesting A [Via phone conference Call For A Hearing]

Address
D.in# 22B4977
Daniel S. Murray
(NYSDoCCS)
Clinton Correctional facil.
P.o. Box 2001
DANNEMORA, NY 12929

(Page ① of 4) Read Back of Page →

I Sent A Letter Updating the court in march 2026, Any Event I Believe That if All parties Had A [Via phone conference Hearing] it might Be A lot Better for All parties on this case. not only for the plaintiff But Also for the Defendants. And if conference call does not Take place I Am Requesting That The court will please Request Documentations of me The plaintiff Begging Sargent Fox At Least 10 or 12 Seperate occassions To Have Him put me in (P.C) or (I.P.C) Housing I Signed paper work Every Time I gotten Assulted And stabbed And cut Also mark miller was Involved with keeping me in the Same cell I got stabbed on (B) Block And I got stabbed 3 Times Before They moved me Accross the Jail To General population This never kept me out of Harms Way, This All started over me filing A Grievence And Sargent Fox paid inmate To stabb and cut me A Few Inmates Told me To my face it is on Audio That Sargent fox told Them I Am An Informate Working for (O.S.I) no I Had (O.S.I) Investigate where The $7,300.00 went From My account. The Writing on The Disburstments was not mine At all. Nor was Any ▪▪▪▪▪▪▪▪▪ Signature In Any Event you need A Sargent or ▪▪▪▪ Higher up Sign The Disburstment Stating that it is in fact You on The Disburstment Any Event There was no Signatures on The Disburstments

(page ② of 4)

Any ways, I have Several letters And I Told Inmate Accounts To Stop payment on a woman who Had Several $99.00 Disbustments Sent To Her from my Account They were not my writting nor was it my Signature. When The 1st one Showed up on my Cell gate I wrote Immediatally To Inmate Account They still Sent out An Additional (17) more $99.00 Checks And like I said you need Higher up Signature for $100 or Better well No Signature And there was An $800.00 Disbustment filled out To Some one. I never agreed for Any of this money To Be Taken out my Account So I Wrote To (Superintendant mark miller) And Had (O.S.I) Come See me. To Investigate where my $ money went To I never Agreed To none of This. Not To metion I Am on loss To purchase commissary Due To The fact That I Had Recieved A Ticket And it was for 90days And I Had Recieved Another Ticket They Said An Additional 90 days on loss of Commissary So I Could not Spend No money But There was over $300.00 every (2) weeks was Taken out my account By Some one And I Had (O.S.I) Investigate This matter Any Event I kept getting Stabbed & Cut And Assulted. And Inmates That Assulted me said This is from (Sargent Fox) Stop Telling Stop The Investigations To Any Event. mark miller And Sargent Fox kept Having me Assulted And I Begged for Help (page (3) of 4.) I tried To Sign into (P.C) was Denied.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

_____

_____

_____

## SECOND CLAIM

_____

_____

_____

## THIRD CLAIM

_____

_____

_____

**VI.    RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____        _____
                              Plaintiff's signature
                              (All plaintiffs must sign the complaint)

(revised 10/2/16)

(page 5 of 9)

So Every time I gotten Assulted Sargent Fox was the Sargent To do P.C Investigations. He would not get me Help. I Even Asked Him To move me He kept me in the Same Spot So I kept getting Assulted until one day I got Throughen down 3 flights of Stairs. Got Hurt Really Badly And Doctor Ibal Put me In The Infirmery And made mark miller Do His Job. There was A different Sargent who did The Investigation But Any Event I was finally Helpped. And for Some Reason only on P.C or I.P.C Block mark miller only Does H.S Rounds. Well I Spoke To mark miller About The missing money. He laughed in my face And He Said to me who do you think They will Believe An Inmate or Superintendant mark miller told me That Before He was Superintendant He worked for O.S.I But Any Event Here is A 4 page letter To The Court. I Am Asking that The Courts will Get All documents from only my D.n # 22 B 4977 There SHould in fact Be 10 or 12 There might Be more Request. for P.C To get me Help Before I Got Assulted I neve Signed off I Begged for Help got Denied.

Plaintiff Request A PHone Conference Hearing Signed and Dated

Respectfully Yours; Daniel S. murray

04-17-26

(Page 4 of 4)

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1  U.S. Government Plaintiff

❑ 3  Federal Question
*(U.S. Government Not a Party)*

❑ 2  U.S. Government Defendant

❑ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❑ 840 Trademark | ❑ 460 Deportation |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 480 Consumer Credit |
| ❑ 190 Other Contract | ❑ 360 Other Personal Injury | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 862 Black Lung (923) | ❑ 490 Cable/Sat TV |
| ❑ 195 Contract Product Liability | ❑ 362 Personal Injury - Medical Malpractice | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 863 DIWC/DIWW (405(g)) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 196 Franchise | | | ❑ 790 Other Labor Litigation | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| | | | ❑ 791 Employee Retirement Income Security Act | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❑ 893 Environmental Matters |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 895 Freedom of Information Act |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 896 Arbitration |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❑ 1 Original Proceeding  ❑ 2 Removed from State Court  ❑ 3 Remanded from Appellate Court  ❑ 4 Reinstated or Reopened  ❑ 5 Transferred from Another District *(specify)*  ❑ 6 Multidistrict Litigation - Transfer  ❑ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ❑ Yes  ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

( Page 9 of 9 )

Once Defendants have filed their response to the Complaint (due 5/22/26), the Court will set up a phone conference. (For Magistrate Judges to handle all proceedings and enter final judgment, all parties must consent, which has not occurred.)

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

4/27/26

