The Court has no authority to appoint counsel in civil cases. The most it can do is see if there is a lawyer who would volunteer to take Plaintiff's case. There are many more unrepresented litigants seeking counsel than there are volunteers, and even those willing to volunteer usually are interested only when the case is much closer to trial. Under Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), in determining whether to seek a volunteer, I must first consider whether the claims are likely to be of substance. At this stage, it is really too early to tell. Even if they were, I would then have to consider "the indigent's ability to investigate the crucial facts, whether conflicting evidence implicating the need for cross-examination will be the major proof presented to the fact finder, the indigent's ability to present the case, the complexity of the legal issues and any special reason in that case why appointment of counsel would be more likely to lead to a just determination." Here Defendants have not even all been served; we do not know if a motion to dismiss will be made or granted, and thus even if we will get to discovery, let alone trial; and so far Plaintiff is doing a fine job protecting his rights. Accordingly, the application is denied without prejudice to renewal at a later stage of the case.

Southern District of New York State

Murray V. Sergeant Fox etal.

8:25-CV-04880-CS

Motion To The Court I Am writting You To let You know my New Address. I got Transfered And I Still Dont Have None Of my property Yet So I Dont know The Case #S. I Am Still waitting for The Defendants Response So I Can Respond AS Well. Or maybe we Can Have A Settlement Conference Hearing Just To Try To resolve This Case if not we can gear up for The Trial. And I Am going to need Help With Trial I Am going To need A lawyer I Have written every where Trying to Contact Attorneys To Take my case →

Plaintiff is reminded that he must:
(1) not underline or circle anything;
(2) write only on the lines provided;
(3) double-space; and (4) not repeat anything already stated in previous submissions or earlier in the same submission (unless specifically permitted by the Court). Future submissions will be rejected if they do not comply with these directions.

Because Plaintiff has been moved, the Clerk shall re-send ECF Nos. 63 and 64 to his new address. The Clerk shall also terminate ECF No. 67.

SO ORDERED.

Cathy Seibel

CATHY SEIBEL, U.S.D.J.

9/22/26

I Cant find A Lawyer can the Court Please Help me Out with An Attorney. Please And Thank You

I Dont See How The Defendants Get lawyer To Help Them And They Clearly Almost Had me killed Several Times. And They DID not pay for The Attorney General To repersent them. I Dont feel That This is fair At All I Am A Victim And Cant get No Help. Thank You. As I SAID I Still Have not gotten my Property

I Am Reaching out To let You know That my New location is Five Points


22-B-4977
Daniel S. Murray
Five Points Correctional fac
State Route 96
P.O. Box 119
Romulus, NY 14541

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Daniel S. Murray DIN: 22-B-4977 LOC: 8-A-1-5-T Cell

Five Points Correctional Facility

neopost 09/17/2026 US POSTAGE $000.78º FIRST-CLASS MAIL IMI
ZIP 14541 041M11272007

SDNY USMJ

United States federal District Court
Southern District of N.Y.
Attn: Clerk of Court
300 Quarropas Street
White plains, NY 10601

(Legal mail)

1060184140 C009

(Legal Mail)

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Daniel S. Murray DIN: 22-B-4977
8-A-1-5-T-Cell

RECEIVED
SDNY DOCKET UNIT
2026 SEP 21 PM 1:05

RECEIVED
SEP 21 2026
U.S.D.C.
W.P.

Printed On Recycled Paper