Southern District Court of New York State

Murray V. Sergeant fox et al

case# 7:25-CV-04880-CS

RECEIVED
OCT 30 2026
U.S.D.C.
W.P.

Motion To The Court. I Have not recieved Any response from The Defendants. I Have A Deadline To respond To The courts I have not recieved Nothing from The Defendants.

This Is Daniel S. Murray I Am The plaintiff In This case. I have recieved letters In The past Stating I had To respond To Defendants Brief.

FILED
U.S. DISTRICT COURT
2026 OCT 30 PM 2:05
S.D. OF N.Y.W.P.

I Have not recieved nothing from The Defendants As of yet And I was given A Date in October To respond By.

I Am remaining in Compliance with The Courts And I Am responding letting the Courts know That I have not recieved Nothing from The Defendants nor There Attorneys As of yet.

And I have updated my Address As well So I Am in fell compliance with This case And The Courts.

As I Stated I have not herd Nothing from The Defendants nor There Attorneys.

22-B-4977
Daniel Murray
[signature]
10-24-26

22-B-4977
Daniel S. Murray
Five points Correctional Fac
6600 State Route 96
Romulus, NY 14541

And I have not recieved nothing About Them Asking for An Extension.

Defendants had until 10/26/26 to respond to the Third Amended Complaint ("TAC"). I extended their time to do so by order dated 9/22/26, which was mailed to Plaintiff the next day. Defendants responded to the TAC via their 10/26/26 letter. That same day I ordered Plaintiff to respond to that letter, by letter of no more than 3 pages, no later than 11/24/25. That order was mailed to Plaintiff on 11/27/26, so Plaintiff had not received it by the time he sent the instant letter. Just in case, the Clerk shall send a copy of ECF No. 73, along with a copy of this endorsement, to Plaintiff. There is no October deadline for Plaintiff.

SO ORDERED.

Cathy Seibel

CATHY SEIBEL, U.S.D.J.

11/2/26

FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541
NAME: Daniel Murray DIN: 22-B-4977 LOC: 08-A-15-Top

Legal Mail

RECEIVED
OCT 30 2026
U.S.D.C.
W.P.

ROCHESTER NY 144
27 OCT 2026 PM 2 L
Five Points
Correctional Facility

neopost
US POSTAGE $000.78
FIRST-CLASS MAIL
ZIP 14541
041M11272007

United States Federal Court
Sothern District of N.Y.
Attn: Clerk of Court
300 Quarropas Street
White Plains, NY 10601

10601-414000

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Daniel Murray DIN: 22B-4977

FILED
U.S. DISTRICT COURT
2026 OCT 30 PM 2:05
S.D. OF N.Y.W.P.

Printed On Recycled Paper